IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00172-F-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY DONNELL PEARSALL, | ) | |
| Defendant. | ) | |

This matter is before the court on Larry Donnell Pearsall's letter motion [DE-431], which the court construes as a notice of appeal and motion to file an untimely appeal.

Judgment was entered on this court's sentencing on February 23, 2016. Pearsall had until March 8, 2016, within which to file an appeal. Pearsall's notice was not filed until April 6, 2016, after the fourteen-day period but within the thirty-day period within which an extension of time to file an appeal may be permitted under Rule 4 of the Federal Rules of Appellate Procedure. In his letter motion, Pearsall states that he advised his attorney that he wished to appeal. Motion [DE-431] at 1. A review of the court's official docket sheet reveals that Pearsall's attorney did not file a notice of appeal. Because good cause has been shown, Pearsall's notice of appeal and motion to file an untimely appeal [DE-431] is ALLOWED.

SO ORDERED.

This, the 11 day of April, 2016.

James C. Fox
JAMES C. FOX
Senior United States District Judge